UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUN 16 P 2: 09

_____

ERNEST D. BEALL

VERSUS                                              CIVIL ACTION NO.: 08-289-JVP-DLD

CONOCO PHILLIPS COMPANY,
ET AL

# RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 29, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, this matter shall be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana.

Baton Rouge, Louisiana, June 16, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA